UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANDRE JOHNSON, | ) | 1:06-CV-0180 OWW DLB HC |
| Petitioner, | ) | |
| | ) | ORDER GRANTING EXTENSION OF TIME |
| v. | ) | (DOCUMENT #14) |
| JAMES YATES, | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On October 4, 2006, petitioner filed a motion to extend time to file objections to the findings and recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file objections.

IT IS SO ORDERED.

Dated:   October 25, 2006                    /s/ **Dennis L. Beck**
ah0l4d                                        UNITED STATES MAGISTRATE JUDGE