# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANDRE JOHNSON, | | CV F   06-00180 OWW DLB HC |
| | Petitioner, | ORDER GRANTING PETITIONER'S SECOND REQUEST FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS |
| v. | | |
| JAMES YATES, | | [Doc. 16] |
| | Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On December 1, 2006, Petitioner filed a second motion for an extension of time to file objections to the Findings and Recommendations.  (Court Doc. 16.)  Good cause having been demonstrated Petitioner's motion is GRANTED, and it is HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file objections.

IT IS SO ORDERED.

Dated: **December 28, 2006**        **/s/ Dennis L. Beck**
ah0l4d                                         UNITED STATES MAGISTRATE JUDGE

1