1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

10

## EASTERN DISTRICT OF CALIFORNIA

11

12 ANDRE JOHNSON,                          )    1:06-CV-00180 OWW DLB HC
                                          )
13                     Petitioner,        )    ORDER DENYING PETITIONER'S
                                          )    MOTION FOR RECONSIDERATION
14        v.                              )    [Doc. #18]
                                          )
15 JAMES YATES,                           )    ORDER GRANTING EXTENSION OF TIME
                                          )
16                     Respondent.        )
   _____)

17

18        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

19 pursuant to 28 U.S.C. § 2254.

20        On August 30, 2006, the Magistrate Judge issued a Findings and Recommendation that

21 recommended the petition be dismissed and judgment be entered. Since then, Petitioner has filed

22 several motions for extension of time. The Court granted his motions and moved the deadline for

23 filing objections to January 30, 2007. Petitioner did not file objections within the time allotted. On

24 February 16, 2007, however, he filed a motion for reconsideration of the Findings and

25 Recommendation.

26        Pursuant to Rule 60(b) of the Federal Rules of Civil Procedure,

27        the court may relieve a party or a party's legal representative from a final judgment,
          order, or proceeding for the following reasons: (1) mistake, inadvertence, surprise, or
28        excusable neglect; (2) newly discovered evidence which by due diligence could not

1   have been discovered in time to move for a new trial under Rule 59(b); (3) fraud
    (whether heretofore denominated intrinsic or extrinsic), misrepresentation, or other

2   misconduct of an adverse party; (4) the judgment is void; (5) the judgment has been
    satisfied, released, or discharged, or a prior judgment upon which it is based has been

3   reversed or otherwise vacated, or it is no longer equitable that the judgment should
    have prospective application; or (6) any other reason justifying relief from the

4   operation of the judgment.

5       Petitioner fails to meet this standard.  Petitioner does not set forth any arguments or evidence

6   that would call the Findings and Recommendation into question, and his arguments present no basis

7   for relief.

8       Accordingly, IT IS HEREBY ORDERED:

9       1) Petitioner's Motion for Reconsideration is DENIED;

10      2) Petitioner is GRANTED an extension of time of ten (10) court days from the date of

11  service of this order. The Findings and Recommendation will then be submitted to the District Judge.

12

13      IT IS SO ORDERED.

14      **Dated:   March 9, 2007**                    **/s/ Dennis L. Beck**
    3b142a                                        UNITED STATES MAGISTRATE JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28