# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE JOHNSON, | 1:06-CV-00180 OWW DLB HC |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATION |
| | [Doc. #13] |
| v. | ORDER GRANTING RESPONDENT'S MOTION TO DISMISS AND DISMISSING PETITION FOR WRIT OF HABEAS CORPUS |
| JAMES YATES, | |
| Respondent. | ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On August 30, 2006, the Magistrate Judge issued Findings and Recommendation that recommended Respondent's motion to dismiss be GRANTED and the petition be DISMISSED as successive and for violation of the statute of limitations. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

On March 16 and 26, 2007, Petitioner filed objections to the Findings and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de*

1   *novo* review of the case.  Having carefully reviewed the entire file and having considered the
2   objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is
3   supported by the record and proper analysis, and there is no need to modify the Findings and
4   Recommendations based on the points raised in the objections.
5           Accordingly, IT IS HEREBY ORDERED that:
6           1. The Findings and Recommendation issued August 30, 2006, is ADOPTED IN FULL;
7           2. Respondent's motion to dismiss is GRANTED;
8           3. The Petition for Writ of Habeas Corpus is DISMISSED WITH PREJUDICE; and
9           4. The Clerk of Court is DIRECTED to enter judgment in favor of Respondent.
10  IT IS SO ORDERED.
11  **Dated:    March 29, 2007**                           **/s/ Oliver W. Wanger**
    emm0d6                                                 UNITED STATES DISTRICT JUDGE